UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. EQUAL EMPLOYMENT      \*     CIVIL ACTION
OPPORTUNITY COMMISSION

     \*     NO. 21-1665

VERSUS

     \*     SECTION "E" (2)

BOURNE'S HOUSE, LLC

## **ORDER**

The Court having been advised that Plaintiff Equal Employment Opportunity Commission's Motion for Partial Summary Judgment is unopposed (R. Doc. 35 at 1, n.1);

**IT IS ORDERED** that the motion be and hereby is **GRANTED**.

**New Orleans, Louisiana, on this 25th day of May, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**